**Electronically Filed
Supreme Court
SCWC-23-0000018
04-NOV-2025
01:57 PM
Dkt. 52 ODAC**

SCWC-23-0000018

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ASSOCIATION OF APARTMENT OWNERS OF MOKULEIA SURF,
by and through its Board of Directors,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

MILICA BARJAKTAROVIC,
Petitioner/Defendant/Counterclaimant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000018; CASE. NO. 1CCV-20-0000850)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Devens, JJ.,
Circuit Judge Castagnetti, in place of Ginoza, J., recused,
and Circuit Judge Wong, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on September 8, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Jeannette H. Castagnetti

/s/ Paul B.K. Wong

